THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN JOHNSON, Appellant. (Appeal No. 1.) [617 NYS2d 660] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

 In the Matter of the Arbitration between SHARON SUTTON, Appellant, and TRAVELERS COMPANIES, Respondent. (Appeal No. 1.) [617 NYS2d 660] —Order unanimously reversed on the law with costs, petition granted, award confirmed and cross motion denied. Memorandum: Supreme Court erred in denying the petition to confirm an arbitration award and in granting respondent's cross motion to remand for clarification pursuant to CPLR 7511 (c) *(see, Matter of Ververs & Schueller Co. [Emory Mach. & Tool Co.],* 190 AD2d 1079; *Matter of Weiner Co. [Freund Co.],* 2 AD2d 341, *affd* 3 NY2d 806). (Appeal from Order of Supreme Court, Erie County, Gorski, J. —Arbitration.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

 J.J. DETWEILER ENTERPRISES, INC., Also Known as J.J. DETWEILER, INC., Appellant, v CHARLOTTE YAZOWSKI, Respondent. [617 NYS2d 699] —Order unanimously reversed on the law without costs and motion granted. Memorandum: Supreme Court should have granted plaintiff leave to amend its complaint. Absent prejudice or surprise, leave to amend should be freely granted (CPLR 3025 [b]). We do not rule upon the merits or legal sufficiency of the proposed amendment *(see, Kusak v Allstate Ins. Co.,* 190 AD2d 1050). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Amended Complaint.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.